IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **German Cruz Garcia**<br><br>　　　**Plaintiff**<br><br>v.<br><br>**GGI Glass Distribution Corp.,**<br>**A/K/A General Glass International**<br>**A/K/A GGI Glass Distributors Corp.**<br><br>**and**<br><br>**Europrojects International Inc.**<br>**d/b/a Adotta America**<br><br>　　　**Defendants** | **Civil Action No. 1:22-cv-632** |

## NOTICE OF REMOVAL

Defendant, GGI Glass Distribution Corp. ("GGI"), pursuant to 28 U.S.C. §§1332(a), 1441 and 1446 (b) by and through its attorneys, Angela Donovan Sheehan and the Law Offices of Pamela Randi Johnson, hereby files this Notice of Removal from the Superior Court for the District of Columbia, and in support thereof, states as follows:

1.　On or about January 4, 2022, Plaintiff, German Cruz Garcia, filed a Complaint against Defendants GGI and Europrojects International Inc. in the Superior Court of the District of Columbia and captioned German Cruz Garcia v. GGI Glass Distribution, et al., Case No. 2022 CA 000015 B ("the Lawsuit"). In the Lawsuit, Plaintiff seeks personal injury damages arising out of an incident that took place on or about January 15, 2019 in Washington, D.C.

2.　In accordance with 28 U.S.C. §1446, copies of all process, pleadings and orders that were served on Defendant in the Lawsuit are attached hereto as Exhibit A. GGI was served

with the Summons and Complaint via the Superintendent of Corporations of Department of Consumer and Regulatory Affairs for the District of Columbia on February 15, 2022. See Exhibit A, Service of Process Action Form. No further proceedings have been had in the Superior Court for the District of Columbia.

3. Pursuant to 28 U.S.C. §1332(a)(1), this Court has original jurisdiction over this case, in that it is a civil action between citizens of different states and, according to the Complaint filed in the Lawsuit, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Plaintiff Garcia is a citizen of the Commonwealth of Virginia.

5. Defendant GGI is a citizen of the State of New Jersey.

6. Defendant Europrojects is a citizen of the State of New Jersey.

7. Defendant has filed this Notice of Removal within thirty (30) days of its receipt of the initial pleading and summons in the action filed in the Superior Court of the District of Columbia.

8. After filing this Notice of Removal, Defendant will file a copy of the Notice of Removal with the Superior Court of the District of Columbia.

9. Defendant Europroducts, by and through its attorney, Vivek Subramanyam of McGavin, Boyce, Bardot, Thorsen & Katz, consents to the removal of this action.

10. Defendant represents it has complied with all procedures set forth in 28 U.S.C. §1446.

Wherefore, Defendant GGI, respectfully requests that this matter be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, that the United States District Court for the District of Columbia issue any and all

Orders and process as are necessary to preserve its jurisdiction over this matter, and for any other relief the Court deems necessary and proper.

                                            Respectfully submitted,

                                            /s/Angela Donovan Sheehan
                                            Angela Donovan Sheehan (#420338)
                                            Law Offices of Pamela Randi Johnson
                                            307 International Circle, Suite 520
                                            Hunt Valley, MD  21030
                                            P: (410) 568-2874
                                            F: (877) 369-5502
                                            Angela.Sheehan@thehartford.com
                                            *Attorney for Defendant GGI*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this  8th  day of March, 2022, a copy of the foregoing was electronically filed and served via e-mail on:

Jerry D. Spitz, Esquire
Ashcraft & Gerel, LLP
1825 K Street, N.W., Suite 700
Washington, DC  20006
Attorneys for Plaintiff

Vivek K. Subramanyam, Esq.,
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.,
9990 Fairfax Boulevard  Suite 400,
Fairfax, VA  22030
Attorneys for Defendant Europroducts

                                                  /s/Angela Donovan Sheehan
                                                  Angela Donovan Sheehan, Esquire